NO. 07-07-0283-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 25, 2007

______________________________

CONTINENTAL HOMES OF TEXAS, L.P., 

Appellant

v.

THERESA MORIN; MARK MORIN AND TRISHA ROBLES; DEL’S NURSERY & LANDSCAPE, LTD. f/k/a/ DEL’S NURSERY AND LANDSCAPING, INC. 

d/b/a DEL’S LANDSCAPING MATERIALS, 

Appellees

_________________________________

FROM THE 37
TH
 DISTRICT COURT OF BEXAR COUNTY;

NO. 2007-CI-07611; HON. GLORIA SALDANA, PRESIDING

_______________________________

Opinion on Motion to Dismiss

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Continental Homes of Texas, L.P., appellant, by and through its attorney, has filed a motion to dismiss this appeal.  In the certificate of conference attached to the motion to dismiss, counsel for appellant advised this Court that counsel for appellee, Del’s Landscaping, Inc., does not oppose the motion.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(1)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

          Chief Justice